# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW WAYNE LOVETT
ADC # 144985                                                                          PETITIONER

v.                                         No. 5:14-cv-141-DPM

RAY HOBBS, Director, ADC                                                              RESPONDENT

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommended Disposition, № 7, and Lovett's objections and statement of necessity, № 10. On *de novo* review, the Court adopts the recommendation's limitations analysis, but declines to reach procedural default or the merits. FED. R. CIV. P. 72(b)(3). Lovett's untimely petition for writ of habeas corpus fails. No certificate of appealability will issue because Lovett has not made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 August 2014