# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREW WAYNE LOVETT**
**ADC # 144985**                                                    **PETITIONER**

**v.**                                    **No. 5:14-cv-141-DPM**

**RAY HOBBS, Director, ADC**                            **RESPONDENT**

## JUDGMENT

Petition, № 1, dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_28 August 2014_